**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Brenda Gail Cutro, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2012-212782

Appeal from Richland County
Alison Renee Lee, Post-Conviction Relief Judge

Memorandum Opinion No. 2016-MO-006
Submitted March 15, 2016 – Filed March 23, 2016

**DISMISSED AS IMPROVIDENTLY GRANTED**

David Alexander, of Columbia, for Petitioner.

Attorney General Alan McCrory Wilson and Assistant Deputy Attorney General David A. Spencer, both of Columbia, for Respondent.

**PER CURIAM:** We granted a writ of certiorari to review the decision of the post-conviction relief judge. We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**PLEICONES, C.J., BEATTY, KITTREDGE, HEARN and FEW, JJ., concur.**